IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELAINE M. HARTSHORN KENNETT, et al.,

        Plaintiffs,        Civil Action 2:23-cv-3771

   v.        Magistrate Judge Kimberly A. Jolson

ELIZABETH M THOMPSON, et al.,

        Defendants.

## ORDER

This matter is before the Court on Plaintiffs' unopposed Motion to Dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). (Doc. 40). Plaintiffs request that this case be dismissed without prejudice "with the understanding that Plaintiffs will soon refile all [their] claims . . . in South Carolina State Court[.]" (*Id.* at 2). Therefore, Plaintiffs' Motion is **GRANTED**. This case is **DISMISSED without prejudice**, and the Clerk is **DIRECTED** to terminate this case.

Plaintiffs shall serve Defendants in the state court action according to state law and the applicable court's local rules.

Date: May 24, 2024        /s/ Kimberly A. Jolson
        KIMBERLY A. JOLSON
        UNITED STATES MAGISTRATE JUDGE